USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EON THOMPSON,

                       Plaintiff,

      - against -

CITY OF NEW YORK et al

                      Defendants.
------------------------------------------------------------X

21-CV-8202 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial pretrial conference held via telephone on February 13, 2023, and as supplemented herein:

1. By March 9, 2023, Plaintiff shall file his third amended complaint. Plaintiff is put on notice that any amendments he wishes to make to bolster his claims must be made in the third amended complaint. There will be no further opportunities to amend.

2. By April 19, 2023, Defendants will respond or otherwise move to dismiss the third amended complaint.

3. By May 31, 2023, Plaintiff shall respond to any and all motions to dismiss.

4. By June 28, 2023, Defendants shall file any replies.

5. Discovery is stayed pending determination of the motions to dismiss or until otherwise ordered by the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   February 13, 2023
         New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Eon Thompson
1811 Albany Ave
Brooklyn, NY 11210