UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EON THOMPSON,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-08202 (JLR) (RWL)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      In light of Defendants' new motion to dismiss the Third Amended Complaint, *see* ECF No. 19, Defendants' earlier motion to dismiss the Second Amended Complaint, filed at ECF No. 103 is hereby DENIED as moot.

      The Clerk of Court is directed to terminate ECF No. 103 and to mail a copy of this Order to Plaintiff.

Dated: April 19, 2023
       New York, New York

                                          SO ORDERED.

                                          JENNIFER L. ROCHON
                                          United States District Judge