```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EON THOMPSON,                                               :
                                                            :
                            Plaintiff,                      :
                                                            :
            - against -                                     :
                                                            :
CITY OF NEW YORK et al,                                     :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023

21-CV-8202 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses issues raised by Plaintiff in his July 17, 2023 letter at Dkt. 132.

1.  The Clerk of Court is respectfully requested to remove Clarance Smith, Jr. as a named defendant in the case and its caption.

2.  The stay of discovery previously entered pending determination of Defendants' motion to dismiss remains in effect.

3.  Plaintiff has already raised the issue of sanctions in his opposition to Defendants' motion to dismiss. Plaintiff shall not file any motion for sanctions while the motion to dismiss is pending.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   July 21, 2023
         New York, New York

1

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Eon Thompson
1811 Albany Ave
Brooklyn, NY 11210