USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EON THOMPSON,

                          Plaintiff,

          - against -

CITY OF NEW YORK et al,

                         Defendants.
------------------------------------------------------------X

21-CV-8202 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order addresses the issues raised by the law firm Defendants in their letter at Dkt. 135 filed on July 19, 2023. By order dated July 20, 2023 at Dkt. 136, the Court gave Plaintiff until July 31, 2023 to file a response. Plaintiff has not filed any response.

      The letter motion is denied in part and granted in part. The law firm Defendants make various alternative requests stemming from Plaintiff's repeated attempts at service of process on two individuals, Corey Garcia and Andrew Rowe. The Court denies the request to deem a "nullity" Thompson's July 18, 2023 filings with respect to Garcia and Rowe. It appears that Thompson may have attempted to effect or actually effected service through "nail and mail." The validity of that service cannot be assessed based on the law firm Defendants' letter. The Court grants the law firm Defendants' further alternative relief requested to the extent that their pending motion to dismiss may be and hereby is deemed to be responsive to and encompass the Third Amended Complaint. Accordingly, the law firm Defendants need not further respond to the Third Amended Complaint. To the extent the law firm Defendants seek to contest service of

1

the Third Amended Complaint, however, they will need to file a supplement to the pending motion. Any such supplemental brief must be filed by September 8, 2023.

The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 135.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   August 9, 2023
         New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Eon Thompson
1811 Albany Ave
Brooklyn, NY 11210