**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EON THOMPSON,

               Plaintiff,

       -against-                              21 **CIVIL** 8202 (JLR)

                                                    **JUDGMENT**

CITY OF NEW YORK, et al.,

               Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated March 21, 2024, Defendants' motion to dismiss are

GRANTED. The Third Amended Complaint is DISMISSED and the case is closed.

**Dated:**  New York, New York

     March 21, 2024

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**

                         **BY:** _____
                                    **Deputy Clerk**